1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   FERNANDO FIGUEROA
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00163 NONE |
12 | Plaintiff, | STIPULATION TO VACATE TRIAL AND SET FOR STATUS CONFERENCE; |
13 | v. | ORDER |
14 | FERNANDO FIGUEROA, | Date: March 25, 2022 |
15 | Defendant. | Time: 9:30 a.m. Judge: Hon. Dale A. Drozd |

16

17

18    **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19 counsel, that the trial scheduled for January 25, 2022 may be vacated and this matter set for a

20 status conference on March 25, 2022 at 9:30 am.

21    Due to unanticipated medical circumstances counsel will not be available to proceed with

22 trial on the currently scheduled date. The parties agree that all time through the proposed March

23 24, 2022 status conference date shall be excluded under the Speedy Trial Act, pursuant to 18

24 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for

25 defense preparation and continuity of counsel, and the delay results from a continuance granted

26 by the Court at the parties' request on the basis of the Court's finding that the ends of justice

27 ///

28 ///

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                  Respectfully submitted,

                                                  PHILLIP A. TALBERT
Acting United States Attorney

DATED: December 16, 2021                    /s/ *Laurel Montoya*
                                                  LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
Federal Defender

DATED: December 16, 2021                    /s/ *Eric V. Kersten*
                                                  ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
FERNANDO FIGUEROA

## ORDER

**IT IS SO ORDERED**. The January 25, 2022 trial date is vacated, and the matter set for status conference on March 25, 2022. All time through March 25, 2022 shall be excluded for defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **December 16, 2021**                      /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE