HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00163 JLT |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| FERNANDO FIGUEROA, | Date: May 6, 2022 Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the status conference scheduled for March 25, 2022 may be continued to May 6, 2022 at 9:00 a.m., or the soonest time thereafter convenient to the court.

The defense has requested additional discovery from the government. The parties are requesting a further status conference at a time that allows for receipt of the materials, the completion of further investigation that may be required based on the content of these materials, and negotiations to attempt to resolve the case.

The parties agree that all time through the proposed May 6, 2022 status conference date shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                         Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         United States Attorney

DATED: March 21, 2022                  /s/ *Laurel Montoya*
                                         LAUREL MONTOYA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED: March 21, 2022                  /s/ *Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         FERNANDO FIGUEROA

## ORDER

**IT IS SO ORDERED**. The March 25, 2022 status conference is continued to May 6, 2022. All time through May 6, 2022 shall be excluded for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **March 21, 2022**                                    /s/ Jennifer L. Thurston
                                                                UNITED STATES DISTRICT JUDGE