PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO FIGUEROA,<br><br>Defendant. | CASE NO.  1:19-CR-00163-JLT-SKO<br><br>STIPULATION TO CONTINUE TRIAL CONFIRMATION; ORDER<br><br>DATE: December 2, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for jury trial on February 6, 2023.  Time has been excluded to and through that date.  Doc. 26.  The parties by this stipulation request to continue the trial confirmation hearing until December 16, 2022 at 9:00 a.m.  No further time exclusion is necessary.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on February 6, 2023.

2. By previous order, this matter was set for trial confirmation on December 2, 2022.

3. By this stipulation, defendant and government now move to continue the trial confirmation hearing until December 16, 2022 at 9:00 a.m.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the initial discovery associated with this

case has been either produced directly to counsel and/or made available for inspection and copying.  The government is ascertaining if supplemental discovery needs to be provide to the defense for review.  The parties need additional time to engage in pre-plea negotiations.

      b)      Counsel for defendant needs time to review the discovery previously provided and/or supplemental discovery and conduct any additional pretrial investigation.

      c)      The government is requesting that the trial confirmation hearing be continued. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 1, 2022                              PHILLIP A. TALBERT
                                                          Acting United States Attorney

                                                          /s/ LAUREL J. MONTOYA
                                                          LAUREL J. MONTOYA
                                                          Assistant United States Attorney

Dated:  December 1, 2022                              /s/ ERIC V. KERSTEN
                                                          ERIC V. KERSTEN
                                                          Counsel for Defendant
                                                          FERNANDO FIGUEROA

**[Remainder of this page intentionally left blank]**

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **December 1, 2022**

_____
UNITED STATES DISTRICT JUDGE