PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION AND JURY TRIAL DATES; ORDER |
| v. | |
| FERNANDO FIGUEROA, | DATE: December 16, 2022 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

The parties by this stipulation request to vacate the trial confirmation date of December 16, 2022 and the jury trial date of February 7, 2023. The parties further request that a trial setting or change of plea hearing be set for February 21, 2023 and exclude time to and through that date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on December 16, 2022.

2. By previous order, this matter was set for jury trial on February 7, 2023.

3. By this stipulation, defendant and government request that a trial setting or change of plea hearing be set for February 21, 2023 at 10:00 a.m. and that the December 16, 2022 trial confirmation and February 7, 2023 jury trial dates be vacated.

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    a) The government has represented that the initial discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.  The government recently provided supplemental discovery needs to be provide to the defense for review.  The parties need additional time to engage in pre-plea negotiations.

    b) Counsel for defendant needs time to review the discovery previously provided and/or supplemental discovery and conduct any additional pretrial investigation.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 6, 2023 to February 21, 2023 at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**[Remainder of this page intentionally left blank.]**

IT IS SO STIPULATED.

Dated: December 15, 2022						PHILLIP A. TALBERT
											United States Attorney


											/s/ LAUREL J. MONTOYA
											LAUREL J. MONTOYA
											Assistant United States Attorney


Dated: December 15, 2022						/s/ ERIC V. KERSTEN
											ERIC V. KERSTEN
											Counsel for Defendant
											FERNANDO FIGUEROA


**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **December 16, 2022**					_____
											UNITED STATES DISTRICT JUDGE