1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 ERIC V. KERSTEN, #226429
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA 93721
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorney for Defendant
FERNANDO FIGUEROA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO FIGUEROA,<br><br>Defendant. | Case No. 1:19-cr-00163 JLT<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: March 13, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the status conference scheduled for February 21, 2023 may be continued to March 13, 2023.

The parties are engaged in negotiation in an attempt to resolve this matter and request additional time to allow for further defense investigation related to these negotiations. If the parties are unable to resolve the matter by March 13, 2023, a trial date will be requested at that time.

The parties agree that all time through the proposed March 13, 2023 status conference date shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

DATED: February 15, 2023       /s/ *Laurel Montoya*
                LAUREL MONTOYA
                Assistant United States Attorney
                Attorney for Plaintiff

                HEATHER E. WILLIAMS
                Federal Defender

DATED: February 15, 2023       /s/ *Eric V. Kersten*
                ERIC V. KERSTEN
                Assistant Federal Defender
                Attorney for Defendant
                FERNANDO FIGUEROA

## ORDER

The February 21, 2023 status conference is continued to March 13, 2023. All time through March 13, 2023 shall be excluded for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 15, 2023**                _/s/ Jennifer L. Thurston_
                                        UNITED STATES DISTRICT JUDGE