1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone:  (559) 487-5561
5  Fax:   (559) 487-5950

6  Attorney for Defendant
   FERNANDO FIGUEROA
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:19-cr-00163 JLT |
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; |
13 | v. | ORDER |
14 | FERNANDO FIGUEROA, | Date:  April 10, 2023 |
15 | Defendant. | Time:  10:00 a.m. Judge: Hon. Jennifer L. Thurston |

16

17

18         **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19 counsel, that the status conference scheduled for March 13, 2023 may be continued to April 10,

20 2023.

21         The parties are engaged in negotiation in an attempt to resolve this matter and request

22 additional time to allow for further defense investigation related to these negotiations. If the

23 parties are unable to resolve the matter by April 10, 2023, a trial date will be requested at that

24 time.

25         The parties agree that all time through the proposed April 10, 2023 status conference date

26 shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the

28 delay results from a continuance granted by the Court at the parties' request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  March 8, 2023          /s/ *Laurel Montoya*
                               LAUREL MONTOYA
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


DATED:  March 8, 2023          /s/ *Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               FERNANDO FIGUEROA

## ORDER

**IT IS SO ORDERED**. The March 13, 2023 status conference is continued to April 10, 2023. All time through April 10, 2023 shall be excluded for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because this continuance is being granted at Defendant's request and the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 9, 2023**                    /s/ Jennifer L. Thurston
                                             UNITED STATES DISTRICT JUDGE