1 PHILLIP A. TALBERT
United States Attorney
2 LAUREL J. MONTOYA
Assistant United States Attorney
3 Robert E. Coyle Federal Courthouse
2500 Tulare Street
4 Fresno, CA 93721

5 (559) 497-4000

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO.  1:19-CR-00163-JLT-SKO
12 |                    Plaintiff,    | STIPULATION TO CONTINUE CONTESTED
   |                                  | HEARING; ORDER
13 |          v.                      |
   |                                  | DATE: April 24, 2023
14 | FERNANDO FIGUEROA,               | TIME: 2:00 p.m.
   |                                  | COURT: Hon. Barbara A. McAuliffe
15 |                    Defendant.    |

16

17       The parties by this stipulation request to continue the contested pretrial services violation hearing

18 until May 8, 2023.

19                                **STIPULATION**

20       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21 through defendant's counsel of record, hereby stipulate as follows:

22       1.      By previous order, this matter was set for contested hearing on the violation of pretrial

23 release petition on April 24, 2023.

24       2.      By this stipulation, defendant and government request that the contested hearing be

25 continued to May 8, 2023.

26       3.      The parties agree and stipulate, and request that the Court find the following:

27              a)      The parties need additional time to determine if the contested hearing should go

28 forward in this matter.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

b)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)        Time has previously been excluded to and though the status conference set for June 7, 2023.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 21, 2023                                      PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ LAUREL J. MONTOYA
                                                            LAUREL J. MONTOYA
                                                            Assistant United States Attorney


Dated:  April 21, 2023                                      /s/ DAVID A TORRES
                                                            DAVID A TORRES
                                                            Counsel for Defendant
                                                            FERNANDO FIGUEROA


**ORDER**

IT IS SO ORDERED that the contested hearing is continued from April 24, 2023, to **May 8, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **April 21, 2023**                            /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT