PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00163-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: June 7, 2023 |
| FERNANDO FIGUEROA, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

The parties by this stipulation request to continue the status conference hearing currently set for June 7, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 7, 2023.

2. By this stipulation, defendant and government request that the status conference hearing be continued to August 16, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant, Mr. Torres, is new to the case and recently substituted in on April 7, 2023.

    b) The government has represented that the initial discovery associated with this

case has been either produced directly to counsel and/or made available for inspection and copying.  The government recently provided supplemental discovery needs to be provide to the defense for review.

      c)      A plea agreement was provided to defendant's previous counsel.

      d)      Counsel for defendant needs time to review the discovery previously provided and/or supplemental discovery and conduct any additional pretrial investigation.

      e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2023 to August 16, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 2, 2023                                    PHILLIP A. TALBERT
                                                            United States Attorney

                                                             /s/ LAUREL J. MONTOYA
                                                             LAUREL J. MONTOYA
                                                             Assistant United States Attorney

Dated:  June 2, 2023

/s/ DAVID A TORRES
DAVID A TORRES
Counsel for Defendant
FERNANDO FIGUEROA

**ORDER**

IT IS SO ORDERED.

DATED:   6/2/2023

_Sheila K. Oberto_
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE